UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 12-6368 MMM (JCG) | Date | August 28, 2012 |
|---|---|---|---|
| Title | Dale Harrison v. R. P. Guttierrez, Warden, et al. | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Beatriz Martinez | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None Appearing | None Appearing | |

**Proceedings:**     (IN CHAMBERS) PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL

On August 27, 2012, Petitioner Dale Harrison filed a "Motion for Voluntary Dismissal" pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) ("Motion").

Fed. R. Civ. P. 41(a)(1)(A)(i) allows a plaintiff or petitioner to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Here, Respondents have not filed either an answer or a motion for summary judgment. Accordingly, the case is dismissed by operation of law, and without the need for a court order, pursuant to Plaintiff's Motion. The dismissal is without prejudice under Fed. R. Civ. P. 41(a)(1)(B).

**IT IS SO ORDERED.**

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | bm |